UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS LOGAN,

    Petitioner,

Case No. 1:09-CV-136

v.

HON. GORDON J. QUIST

MARY BERGHUIS,

    Respondent.

_____/

# ORDER
## APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on Petitioner on July 5, 2011. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore the Court will adopt the Report and Recommendation.

**THEREFORE, IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge, filed July 1, 2011, is approved and adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's habeas corpus petition is **DISMISSED WITH PREJUDICE**.

This case is **concluded**.

Dated: July 26, 2011                                      /s/ Gordon J. Quist
                                                                     GORDON J. QUIST
                                                 UNITED STATES DISTRICT JUDGE